THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* RONALD HELTON, Defendant-Appellee.

(No. 57979;

First District (5th Division)—April 11, 1974.

PER CURIAM.
BARRETT, J., took no part.

1078

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and Stephen Y. Brodhay, Senior Law Student, of counsel), for the People.

No appearance for appellee.